United States District Court
Southern District of Texas
FILED

MAR 2 0 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FINSA DEVELOPMENT CORP., | § § | |
| VS. | § § | CIVIL ACTION NO. B-02-043 |
| WALNUT GROVE, L.L.C. | § | |

## DEFENDANT, WALNUT GROVE, L.L.C.'S JURY DEMAND

TO THE HONORABLE JUDGE OF SAID COURT:

WALNUT GROVE, L.L.C., Defendant in the above styled and numbered cause, files this its Jury Demand, subject to the pending Motion to Dismiss for Improper Venue, and requests that this case be set for trial before a jury.

Respectfully submitted,

By_____
DAVID G. OLIVEIRA
State Bar No. 15254675

OF COUNSEL:

ROERIG, OLIVEIRA & FISHER, L.L.P.
855 West Price Road, Suite 9
Brownsville, Texas 78520
Telephone: (956) 542-5666
Telecopier: (956) 542-0016

Ralph A. Midkiff
State Bar No. 14025400
Federal ID No. 1564
CLEMENTS, O'NEILL, PIERCE,
WILSON & FULKERSON, L.L.P.
1000 Louisiana, Ste. 1800
Houston, TX 77002-5009
Telephone: (713) 654-7600
Telecopier: (713) 654-7690

ATTORNEYS FOR DEFENDANT
WALNUT GROVE, L.L.C.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served in accordance with Rule 5 of the Federal Rules of Civil Procedure to the following parties on March 19, 2002:

William A. Faulk, Jr.
Daniel P. Whitworth
Renfro, Faulk & Blakemore, L.L.P.
185 E. Ruben Torres, Sr. Blvd.
Brownsville, TX 78520

_____
DAVID G. OLIVEIRA