

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 2 2 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| **FINSA DEVELOPMENT CORPORATION** *Plaintiff* | § § § § | |
| VS. | § § | CIVIL ACTION NO. B-02-043 |
| **WALNUT GROVE L.L.C.** *Defendant* | § § § | |

### PLAINTIFF FINSA DEVELOPMENT CORPORATION'S LIST OF ENTITIES FINANCIALLY INTERESTED IN THIS LITIGATION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Plaintiff, **FINSA DEVELOPMENT CORPORATION**, and files this its list of entities it believes are financially interested in this litigation:

1) FINSA Development Corporation
   973 South Minnesota
   Brownsville, Texas 78521
   (956) 550-9017
   -Plaintiff

2) Walnut Grove L.L.C., or any of its related entities, including but not limited to Highland Supply, Highland Manufacturing, Management Services International and MSI
   1111 Sixth Street
   Highland, Illinois 62249
   -Defendant

PLAINTIFF FINSA DEVELOPMENT CORPORATION'S LIST
OF ENTITIES FINANCIALLY INTERESTED IN THIS LITIGATION
W:\00060*21\financially interested entities 20020321 DPW/RF/vpg

Page 1 of 2

The Plaintiff's list of entities that it believes are financially interested in this litigation will be amended pursuant to the Court's scheduling order if parties are added or additional interested parties are identified.

Respectfully submitted,
RENTFRO, FAULK & BLAKEMORE, L.L.P

By: _____
William A. "Rusty" Faulk
Federal ID No. 5944
State Bar No. 06855100
Daniel P. Whitworth
Federal ID No. 23119
State Bar No. 24008275

Attorneys for FINSA DEVELOPMENT CORPORATION

OF COUNSEL:
Rentfro, Faulk & Blakemore, L.L.P.
185 E. Ruben Torres, Sr. Blvd.
Brownsville, TX 78520

## CERTIFICATE OF SERVICE

I certify that on the 22nd day of March, 2002, a true and correct copy of the foregoing was forwarded via Certified Mail, return receipt requested, to known counsel of record as follows:

Ralph A. Midkiff                                          CMRRR#7099 3220 0000 8251 2251
Clements, O'Neill, Pierce, Wilson & Fulkerson, L.L.P.
1000 Louisiana, Suite 1800
Houston, TX 77002-5009

David Oliveira                                            CMRRR#7099 3220 0000 8251 2244
Roerig, Oliveira & Fisher, L.L.P.
855 West Price Road, Suite 9
Brownsville, TX 78520

_____
Daniel P. Whitworth