IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 1 2 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| FINSA DEVELOPMENT CORP., | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-02-043 |
| | § | |
| WALNUT GROVE, L.L.C. | § | |

### AGREED AND UNOPPOSED MOTION FOR STAY PENDING
### THE OUTCOME OF THE PRIOR AND PENDING ILLINOIS SUIT

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff, FINSA DEVELOPMENT CORP. ("Finsa") and Defendant WALNUT GROVE, L.L.C. ("Walnut Grove"), together file this Agreed and Unopposed Motion for Stay Pending the Outcome of the Prior and Pending Illinois Suit, and in support thereof would respectfully show the Court as follows:

1. The parties are currently involved in prior and pending litigation over this controversy in the State Court of Illinois in Madison County, Illinois styled *Walnut Grove, L.L.C. v. Finsa Development Corp.,* Cause No. 01 L 1121, in the Third Judicial Circuit Court for Madison County, Illinois (hereinafter the "Prior and Pending Illinois Suit"). Finsa then filed the instant suit.

2. Walnut Grove filed a Motion to Dismiss for Improper Venue, or in the Alternative, Motion for Stay Pending the Outcome of the Prior and Pending Illinois Suit. Finsa filed its response.

3. The parties have reached an agreement regarding the disposition of this suit and the pending motion. The parties agree that the instant suit seeks to enforce any judgment rendered in favor of Finsa against Walnut Grove in the Prior and Pending

Illinois Suit. The parties agree that the instant suit should be stayed pending the entry of a final and unappealable judgment in the Prior and Pending Illinois Suit.

## Prayer for Relief

WHEREFORE, PREMISES CONSIDERED, the parties jointly and respectfully request that this Court grant this motion, that the Court stay this Texas action pending the entry of a final and unappealable judgment in the Prior and Pending Illinois Suit, and for such other and further relief to which the parties may be justly entitled to receive.

Respectfully submitted,

By /s/ Ralph A. Midkiff
Ralph A. Midkiff
State Bar No. 14025400
Federal ID No. 1564

OF COUNSEL:

CLEMENTS, O'NEILL, PIERCE,
WILSON & FULKERSON, L.L.P.
1000 Louisiana, Ste. 1800
Houston, TX 77002-5009
Telephone: (713) 654-7600
Telecopier: (713) 654-7690

DAVID G. OLIVEIRA
State Bar No. 15254675
ROERIG, OLIVEIRA & FISHER, L.L.P.
855 West Price Road, Suite 9
Brownsville, Texas 78520
Telephone: (956) 542-5666
Telecopier: (956) 542-0016

ATTORNEYS FOR DEFENDANT
WALNUT GROVE, L.L.C.

By _William Faulk w/perm._
William A. "Rusty" Faulk
Federal ID No. 5966
State Bar No. 06855100

OF COUNSEL:

RENFRO, FAULK & BLAKEMORE, L.L.P.
185 E. Ruben Torres, Sr. Blvd.
Brownsville, TX 78520
Telephone: (956) 541-9600
Telecopier: (956) 541-9695

ATTORNEY FOR PLAINTIFF
FINSA DEVELOPMENT CORP.

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served in accordance with Rule 5 of the Federal Rules of Civil Procedure to the following parties on April 12, 2002:

William A. Faulk, Jr.
Daniel P. Whitworth
Renfro, Faulk & Blakemore, L.L.P.
185 E. Ruben Torres, Sr. Blvd.
Brownsville, TX 78520

_Ralph Midkiff w/perm._
Ralph Midkiff