United States District Court
Southern District of Texas
ENTERED

APR 15 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FINSA DEVELOPMENT CORP., | § § | |
| VS. | § § | CIVIL ACTION NO. B-02-043 |
| WALNUT GROVE, L.L.C. | § | |

## ORDER

On this day the Court considered the Agreed and Unopposed Motion for Stay Pending the Outcome of the Prior and Pending Illinois Suit. The Court finds the motion is well taken and is hereby granted. It is, therefore,

ORDERED that this suit is hereby stayed pending the entry of a final and unappealable judgment in the prior and pending suit between the parties styled *Walnut Grove, L.L.C. v. Finsa Development Corp.*, Cause No. 01 L 1121, pending in the Third Judicial Circuit Court for Madison County, Illinois.

SIGNED this _____ day of April, 2002.

_____
JUDGE PRESIDING