# THE FLEURIET LAW FIRM, P.C.
### A PROFESSIONAL CORPORATION

EDWIN RANDOLPH FLEURIET*

E. Paxton Warner

621 E. TYLER, HARLINGEN, TEXAS 78550
TEL 956.428.3030 FAX 956.421.4339
erf@fleurietlaw.com



January 14, 2005

Hon. Hilda G. Tagle
United States District Judge
600 E. Harrison St., Rm 306
Brownsville, TX 78520

RE:   FINSA Development Corporation v. Walnut Grove L.L.C.;
      Civil Action No. B-02-043

Dear Judge Tagle:

This letter is in response to a telephone inquiry from your law clerk regarding the status of this case which currently is stayed pending the outcome of proceedings in Madison County, Illinois.

As I advised your law clerk, depositions are scheduled in this case for the week of January 17, 2005. Accordingly, the case is still active and pending in Madison County, Illinois under Cause No. 01-L-1121.

Very truly yours,

E. R. Fleuriet

ERF/irm
cc:   Ralph A. Midkiff
      David Oliveira
      Ted MacDonald
      Nick Soto, Jr.