# THE FLEURIET LAW FIRM, P.C.
### A PROFESSIONAL CORPORATION

EDWIN RANDOLPH FLEURIET*

E. PAXTON WARNER
EDWARD E. ROBINSON
ISRAEL CANO III

OF COUNSEL:
 YOLANDA DE LEÓN
 PAUL LEE WILEY

621 E. Tyler, Harlingen, Texas 78550
TEL 956.428.3030 FAX 956.421.4339
erf@fleurietlaw.com

United States District Court
Southern District of Texas
RECEIVED
APR 0 5 2006
Michael N. Milby, Clerk

April 4, 2006

Ms. Stella Cavazos
Case Manager for Hon. Hilda G. Tagle
United States District Court
600 E. Harrison St., Rm 306
Brownsville, TX 78520

RE:  FINSA Development Corporation v. Walnut Grove L.L.C.;
     Civil Action No. B-02-043

Dear Ms. Cavazos:

Pursuant to your request for a letter regarding the status of the above-referenced case, please be advised that the parties are in settlement negotiations. A draft of a settlement agreement has been circulated. The proposed settlement would provide for dismissal of this action. I am unable to project a date for consummation of any settlement.

Very truly yours,

E. R. Fleuriet

ERF/irm
cc:  Ralph A. Midkiff
     David Oliveira
     Bill Lucco
     Ted MacDonald

*Board Certified Civil Trial Law and Personal Injury Trial Law, Texas Board of Legal Specialization