IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 1 2006

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| FINSA DEVELOPMENT CORP. | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-02-043 |
| | § | |
| WALNUT GROVE, L.L.C. | § | |

## ORDER

BE IT REMEMBERED, that on ~~July~~ August 1, 2006, the Court **ORDERED** the parties to submit a status report regarding this case to the Court. This report shall be filed by no later than 5:00 p.m. on August 15, 2006.

DONE at Brownsville, Texas, this 1th day of ~~July~~ August, 2006.

_____
Hilda G. Tagle
United States District Judge