IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 1 1 2006

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| FINSA DEVELOPMENT CORPORATION | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. B-02-043 |
| WALNUT GROVE L.L.C. | § § § | |
| Defendants | § | |

## AGREED STATUS REPORT

In response to the Court's recent Order dated August 1, 2006, Plaintiff FINSA Development Corporation and Defendant Walnut Grove, L.L.C. jointly file this Agreed Status Report.

The instant suit in Texas has been stayed pending resolution of a related lawsuit in Illinois between the parties. The Illinois suit is still pending at this time. The parties believe they are close to reaching a settlement and are currently exchanging drafts of potential settlement documents. If this settlement is concluded, the Texas lawsuit would be dismissed.

For these reasons, the parties respectfully request that the instant lawsuit continue to be stayed pending resolution of the Illinois lawsuit.

Respectfully submitted,

By: *E.R. Fleuriet by E Paxton*   SBOT# 2400 31[?]
E.R. Fleuriet                      Fed# 555957
State Bar No. 07145500
The Fleuriet Law Firm, P.C.
621 E. Tyler
Harlingen, Texas 78550
Telephone: 956-428-3030
Facsimile: 956-421-4339

Attorneys for Plaintiff
FINSA Development Corporation

By: *Ralph Midkiff*
Ralph A. Midkiff
State Bar No. 14025400
Three Allen Center
333 Clay Street, Suite 4500
Houston, Texas 77002
Telephone: (713) 651-0590
Facsimile: (713) 651-0597

Attorneys for Defendant
Walnut Grove, L.L.C.

OF COUNSEL:

Zummo & Midkiff, L.L.P
Three Allen Center
333 Clay Street, Suite 4500
Houston, Texas 77002
Telephone: (713) 651-0590
Facsimile: (713) 651-0597

David Oliveira
Roerig, Oliveira & Fisher, L.L.P.
855 West Price Road, Suite 9
Brownsville, Texas 78520
Telephone: (956) 542-5666
Facsimile: (956) 542-0016