**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
ENTERED

DEC - 5 2006

Michael N. Milby, Clerk of Court
By Deputy Clerk _Darimea_

| | | |
|---|---|---|
| **FINSA DEVELOPMENT CORP.** | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. B-02-043** |
| | § | |
| | § | |
| **WALNUT GROVE, L.L.C.** | § | |

## ORDER

BE IT REMEMBERED, that on December 5, 2006, the Court **ORDERED** the parties to submit a status report regarding this case to the Court. This report shall be filed by no later than January 3, 2007.

DONE at Brownsville, Texas, this 5 day of December, 2006.

_____
Hilda G. Tagle
United States District Judge