United States District Court
Southern District of Texas
FILED

DEC 1 5 2006

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FINSA DEVELOPMENT CORPORATION | § | |
| Plaintiff, | § § § | |
| VS. | § | CIVIL ACTION NO. B-02-043 |
| WALNUT GROVE L.L.C. | § § § | |
| Defendants | § | |

## AGREED STATUS REPORT

In response to the Court's recent Order dated December 5, 2006, Plaintiff FINSA Development Corporation ("FINSA") and Defendant Walnut Grove, L.L.C. ("Walnut Grove") jointly file this Agreed Status Report.

The instant suit in Texas has been stayed pending resolution of a related lawsuit in Illinois between the parties. Since the last status report, the parties have executed and entered into a written settlement of the Illinois suit, subject to court approval. The settlement provides for the dismissal with prejudice of this Texas suit. Illinois law requires court approval of the settlement before it can take effect because of the presence of non-settling third parties besides FINSA and Walnut Grove. A hearing is presently scheduled for December 22 in the Illinois court seeking approval of the settlement, and a decision should be forthcoming shortly thereafter. If the settlement is approved by the Illinois court, then this Texas lawsuit would be dismissed.

For these reasons, the parties respectfully request that the instant lawsuit continue to be stayed pending ruling of the Illinois court on approval of the settlement or other resolution of the Illinois lawsuit. The parties will notify the Court as soon as the Illinois court rules on the outcome of the hearing seeking approval of the settlement.

Respectfully submitted,

By: /s/ E.R. Fleuriet by permission
E.R. Fleuriet
State Bar No. 07145500
The Fleuriet Law Firm, P.C.
621 E. Tyler
Harlingen, Texas 78550
Telephone: 956-428-3030
Facsimile: 956-421-4339

Attorneys for Plaintiff
FINSA Development Corporation

By: /s/ Ralph Midkiff
Ralph A. Midkiff
State Bar No. 14025400
Three Allen Center
333 Clay Street, Suite 4500
Houston, Texas 77002
Telephone: (713) 651-0590
Facsimile: (713) 651-0597

Attorneys for Defendant
Walnut Grove, L.L.C.

OF COUNSEL:

Zummo & Midkiff, L.L.P
Three Allen Center
333 Clay Street, Suite 4500
Houston, Texas 77002
Telephone: (713) 651-0590
Facsimile: (713) 651-0597

David Oliveira
Roerig, Oliveira & Fisher, L.L.P.
855 West Price Road, Suite 9
Brownsville, Texas 78520
Telephone: (956) 542-5666
Facsimile: (956) 542-0016