IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FINSA DEVELOPMENT CORPORATION,<br>*Plaintiff*<br><br>v.<br><br>WALNUT GROVE, L.L.C.,<br>*Defendant* | § § § § § § § § § | CIVIL ACTION NO. B-02-043<br>**UNOPPOSED** |

## AGREED MOTION TO DISMISS

Plaintiff Finsa Development Corporation and Defendant Walnut Grove, L.L.C. jointly move this Court to dismiss all claims pending in the above-referenced action with prejudice. All matters in controversy between Plaintiff and Defendant have been settled. Accordingly, Plaintiff and Defendant request that all claims asserted in the above-referenced action be dismissed with prejudice.

Respectfully submitted,

By: _____
E. R. Fleuriet
State Bar No. 07145500
The Fleuriet Law Firm, P.C.
621 E. Tyler
Harlingen, TX 78550
Telephone: 956-428-3030
Facsimile: 956-421-4339

Attorneys for Plaintiff
FINSA Development Corporation

AGREED MOTION TO DISMISS - 1

By: /s/ Ralph A. Midkiff
Ralph A. Midkiff
State Bar No. 14025400
Three Allen Center
333 Clay Street, Suite 4500
Houston, TX 77002
Telephone: 713-651-0590
Facsimile: 713-651-0597

Attorneys for Defendant
Walnut Grove, L.L.C.

OF COUNSEL:

Zummo & Midkiff, L.L.P.
Three Allen Center
333 Clay Street, Suite 4500
Houston, TX 77002
Telephone: 713-651-0590
Facsimile: 713-651-0597

David Oliveira
Roerig, Oliveira & Fisher, L.L.P.
855 West Price Road, Suite 9
Brownsville, TX 78520
Telephone: 956-542-5666
Facsimile: 956-542-0016

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing instrument was served upon the following counsel of record:

E. R. Fleuriet
The Fleuriet Law Firm, P.C.
621 E. Tyler
Harlingen, TX 78550

David Oliveira
Roerig, Oliveira & Fisher, L.L.P.
855 West Price Road, Suite 9
Brownsville, TX 78520

via regular mail on this the 3rd day of April, 2007.

/s/ Ralph A. Midkiff
Ralph A. Midkiff

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FINSA DEVELOPMENT CORPORATION, *Plaintiff* | § § § § | |
| v. | § § | CIVIL ACTION NO. B-02-043 **UNOPPOSED** |
| WALNUT GROVE, L.L.C., *Defendant* | § § § | |

### ORDER OF DISMISSAL

Plaintiff and Defendant having advised the Court that all claims pending in the above-referenced action have been resolved by way of settlement, it is hereby

ORDERED that all claims asserted by the parties in the above-referenced action are hereby DISMISSED WITH PREJUDICE.

Costs of Court shall be paid by the party incurring same.

DONE at Brownsville, Texas this _____ day of _____, 2007.

_____
Hilda G. Tagle
United States District Judge