IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FINSA DEVELOPMENT CORPORATION, | § § § § § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. B-02-043 |
| WALNUT GROVE, L.L.C. | § § § | |
| Defendant. | § | |

### ORDER

BE IT REMEMBERED, that on May 24, 2007, the Court considered the parties' Agreed Motion to Dismiss. Dkt. No. 17.

The Court is in receipt of the parties' filing. *Id.* The filing is styled as an Agreed Motion to Dismiss, and it informs the Court that "[a]ll matters in controversy between Plaintiff and Defendant have been settled." *Id.* Accordingly, the parties ask that "the above-referenced action be dismissed with prejudice," and counsel for both parties have signed the document. *Id.* The Court determines that the submitted motion effectively operates as a stipulation by the parties to dismiss this case with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(ii) (stating that "an action may be dismissed by the plaintiff without order of court . . . by filing a stipulation of dismissal signed by all parties who have appeared in the action"). Therefore, the Court **CONSTRUES** the parties' Agreed Motion to Dismiss, Dkt. No. 17, as a stipulation of dismissal of this case with prejudice. Accordingly, the Court **ORDERS** the Clerk of the Court to close this case.

DONE at Brownsville, Texas, this 24 day of May, 2007.

Hilda G. Tagle
United States District Judge